In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00128-CR

                                                ______________________________

 

 

                                      ROBERT EARL PAGE,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                        On Appeal from the 71st Judicial District Court

                                                           Harrison County, Texas

                                                         Trial Court
No. 10-0192X

 

                                                     
                                             

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                              Memorandum Opinion by Justice Carter








                                                      MEMORANDUM OPINION

 

            Robert Earl Page has filed a motion seeking to dismiss
his appeal.  The motion is signed by
defendant and counsel.  Pursuant to Tex. R. App. P. 42.2, the motion is
granted.

            We
dismiss the appeal.

 

 

                                                                                    Jack
Carter

                                                                                    Justice

 

Date Submitted:          December
20, 2011     

Date Decided:             December
21, 2011

 

Do Not Publish